IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MICHAEL ROBINSON,

    Petitioner,

vs.                            CIVIL ACTION NO.: CV206-291

JOSE VAZQUEZ, Warden; ALBERTO
GONZALEZ, Attorney General, and
THE FEDERAL BUREAU OF
PRISONS,

    Respondents.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Robinson asserts that he filed a motion to shorten his sentence, which should not have been considered a civil action. However, Robinson contends, for the "sake of [j]udicial economy", he would like to dismiss his claims for monetary damages and proceed with his claim that he was convicted of a non-existent offense. Robinson avers he was convicted of a non-existent offense based on 28 U.S.C. § 2072, which he also avers is retroactively applicable.[1]

---

[1] 28 U.S.C. § 2072 provides:

    (a) The Supreme Court shall have the power to prescribe general rules of practice and procedure and rules of evidence for cases in the United States district courts (including proceedings before magistrate judges thereof) and courts of appeals.

    (b) Such rules shall not abridge, enlarge or modify any substantive right. All laws in conflict with such rules shall be of no further force or effect after such rules have taken effect.

AO 72A
(Rev. 8/82)

The Magistrate Judge addressed this portion of Robinson's pleading in his Report and Recommendation. The Magistrate Judge concluded Robinson did not satisfy the savings clause of 28 U.S.C. § 2255, and the undersigned concurs with this conclusion.

Robinson's Objections are without merit. The Report and Recommendation of the Magistrate Judge, as supplemented herein, is adopted as the opinion of the Court. Robinson's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this 1st day of May, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

(c) Such rules may define when a ruling of a district court is final for the purposes of appeal under section 1291 of this title.

The Court fails to see how this statute could make the offense for which Robinson was convicted non-existent.